UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASTERN SAVINGS BANK, FSB | : CASE NO.:3:13-CV-01016-MPS |
| V. | : |
| JOSEPH DIPALMA | : JUNE 19, 2014 |

## MOTION FOR RECONSIDERATION

Pursuant to Rule 7 (c) of the Local Rules of Civil Procedure, The plaintiff, Eastern Savings Bank FSB ("the plaintiff"), through its undersigned counsel, hereby requests that the court reconsider its "ORDER re: supplemental briefing on jurisdiction," and in support thereof, the plaintiff represents as follows:

1. The defendant, Joseph Dipalma ("the defendant") was served with the foreclosure complaint on July 24, 2013.

2. On August 8, 2013, the defendant filed a motion that requested that this matter be assigned to a state court foreclosure mediator pursuant to Connecticut General Statutes Sections 49-31d thru 49-31i. The plaintiff filed an objection to that request, stating that the state court mediation program is a state court program which does not exist in federal court.

3. On October 17, 2013, this Court (Shea, J.) issued an Order denying the defendant's request for mediation. Judge Shea did refer the case to the Honorable William Garfinkel for mediation. The parties did in fact engage in settlement discussions, but were unable to reach an agreement.

4. On September 18, 2013, the defendant filed an answer with one "affirmative" defense. The affirmative defense claimed the plaintiff had failed to comply with the requirements of the state court mediation program.

5. On November 27, 2013, the plaintiff filed its Motion for Summary Judgment. The defendant filed an objection.

6. On June 16, 2014, this court issued an Order directing the plaintiff to "[f]ile a memorandum of law by July 14, 2014, explaining what mediation efforts (if any) have occurred and addressing whether in light of those efforts the Court should dismiss this case on Burford abstention grounds and in view of the arguments raised by the homeowner defendant in Eastern Savings Bank, FSB v. Bolanos, 3:13 cv 22(JCH) (Doc. 34)."

7. The plaintiff respectfully requests that the court reconsider its Order requiring supplemental briefing for the following reasons:

A. The Honorable Judge Shea previously denied the defendant's requests for state court mediation. No motion for reconsideration was filed, and no interlocutory appeal was filed from Judge Shea's decision. Hence, the state court mediation issue has previously been addressed in this case and denied. Judge Shea's denial is, therefore, the law of the case. Defendant cannot continue to raise this issue previously decided.

B. The parties engaged in good faith settlement discussions, but were unable to reach an agreement. Even if the plaintiff commenced this action in state court, the state court mediators could not compel a resolution of this matter, as any such resolution is voluntary. At that point, the mediation would terminate and the plaintiff could proceed.

C. This court has jurisdiction over this matter as the parties are citizens of different states and the amount in controversy exceeds $75,000, thereby satisfying the requirements of 28 U.S.C. 1332 (a) (1).

D. The defendants did not raise the Burford Abstention doctrine in their Motion for Mediation or in their affirmative defense.

Wherefore, the plaintiff respectfully requests that this court reconsider its order requiring supplemental briefs. This court has already denied the defendant's request for mediation. The parties did in fact engage in extensive settlement discussions, but were unable to reach an agreement. The plaintiff should now be allowed to proceed with the foreclosure action.

In the event that the court denies this motion for reconsideration, the plaintiff respectfully requests that it be given 15 days from that date to file the supplemental brief requested by the Court.

Dated at Avon, Connecticut, this day of June, 2014.

PLAINTIFF
EASTERN SAVINGS BANK FSB

BY_____
Robert J. Piscitelli (CT08876)
Law Offices of Robert M. Meyers, LLC
56 East Main Street
Avon, CT 06001
Phone: (860) 677-6655
Fax: (860) 409-2567
Email: rpiscitelli@meyerslawoffice.com

## ORDER

The foregoing Motion having been presented to this court, it is hereby ORDERED:

                                                   Sustained/Overruled

                                                   _____

                                                        Judge

## CERTIFICATION OF SERVICE

I hereby certify that on June 19, 2014, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

Gary P. Sklaver, Esq.
105 Court St, 4th Fl,
New Haven, CT 06511
Email gsklaver@yahoo.com

Robert J. Piscitelli (CT08876)
Law Offices of Robert M. Meyers, LLC
56 East Main Street
Avon, CT 06001
Phone: (860) 677-6655
Fax: (860) 409-2567
Email: rpiscitelli@meyerslawoffice.com